1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                        ----oo0oo----

12 UNITED STATES OF AMERICA,
                                    NO. CIV. S-05-2253 WBS
13           Plaintiff            NO. CR.  S-04-269  WBS

14      v.                         ORDER

15 ANDRES FELIX CAMUDIO,

16           Defendant.

17                        ----oo0oo----

18           Defendant has filed a Motion to Vacate, Set Aside, or

19 Correct Sentence pursuant to 28 U.S.C. § 2255.  In that portion

20 of the form which asks for the grounds and supporting facts, as

21 Ground One, defendant cites to 21 U.S.C. § 846 and states:

22       I sell 1.0 oz of heroin to a federal agent undercover on the
         streets, I got arrested on the spot and took to San Joaquin
23       - Stockton CA.  After that they took my self to Sacramento
         for fingerprinting then to Federal Building.
24
   As Ground Two, he cites to 21 U.S.C. § 841(a)(1) and states:
25
         I got coat [sic] with heroin in my possession.  I was
26       selling in the street and the police arrest my self on the
         spot.
27
   No other grounds for relief are set forth in the petition.
28

                                1

1    Perhaps defendant misunderstood the questions.  He must
2  state the grounds upon which he believes he is entitled to relief
3  under section 2255 and the facts which he claims justify that
4  relief.  The fact that he sold heroin to an undercover agent, or
5  that he was caught with heroin in his possession, does not
6  constitute a valid ground for relief under section 2255.

7    IT IS THEREFORE ORDERED that defendant's motion to
8  vacate, set aside, or correct his sentence under 28 U.S.C. § 2255
9  be, and the same hereby is, DISMISSED.

10  DATED: November 18, 2005

11

12

13    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2